THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICK ANOW, Alias MICHAEL MICHAELSON, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

KIEREN J. GANLY, an Infant, by JOHN B. GANLY, His Guardian ad Litem, and JOHN B. GANLY, Respondents, v. STEEL STORAGE AND TRUCKING CORPORATION, Appellant, Impleaded with Others.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents and votes for reversal and a new trial.

FRANK CORDON, Respondent, v. SIDNEY BAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPH WEINER, Respondent, v. RAILWAY EXPRESS AGENCY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE FRANKLIN TRUST COMPANY OF PATERSON, Respondent, v. JACOB MENDELSON, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of 111 JOHN STREET CORPORATION, Appellant, for a Certiorari Order against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and PLATT HOLDING CORPORATION and MANUFACTURERS TRUST COMPANY, Intervening, Respondents.— Final order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HYMAN GOLDNER, Appellant, v. FANNIE GOLDNER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HYMAN MARKOWITZ, an Infant, by ROSE MARKOWITZ, His Guardian ad Litem, and PAUL MARKOWITZ, Respondents, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

VICTOR J. HOPKINS, Respondent, v. THEO. TIEDEMANN & SONS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of MARIA LIVOTI, Appellant, against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and GIUSEPPA RAINIERI, Intervenor, Respondent.— Final order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.